UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH HARLOW, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case no. 1:13-cv-641-TWP-MJD |
| | ) |
| MARK SEVIER, Superintendent, | ) |
| | ) |
| Respondent. | ) |

## **J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice.**

Date: 11/19/2013

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Keith Harlow
No. 870615
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
BUNKER HILL, IN 46914

Electronically Registered Counsel